BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE

DATE: **DECEMBER 9, 2010 FROM 11:35AM TO 12:10PM**

**CIVIL CAUSE FOR PRE MOTION CONFERENCE**

CASE: INTERNATIONAL BROTHERHOOD -v- QUEST DIAGNOSTIC
DOCKET NUMBER: CV 10-1692 (RJD)

COUNSEL FOR PLAINTIFF: VIRGINIA ANELLO, JOYCE LONDON,
JAMES DUGAN, FRANK SCHIRRIPA

COUNSEL FOR DEFENDANT(S): MICHAEL GARDENER, PETER BIAGETTI,
SETH GOLDMAN

COURT REPORTER: MARSHA DIAMOND

X   CASE CALLED FOR PRE MOTION CONFERENCE.
    DISCUSSION HELD.
    COURT APPROVES FOLLOWING AGREED UPON BRIEFING
    SCHEDULE:
    DEFENDANT'S MOTION DUE:              2/14/11
    PLAINTIFF'S OPPOSITION DUE:          4/18/11
    REPLY DUE:                           5/16/11
    ORAL ARGUMENT SCHEDULED FOR:         6/16/11 @12:00PM.
    PARTIES ARE DIRECTED TO FOLLOW THE COURT'S MOTION
    PRACTICE RULES.