# MINTZ LEVIN

Seth R. Goldman | 212 692 6845 | srgoldman@mintz.com

Chrysler Center
666 Third Avenue
New York, NY  10017
212-935-3000
212-983-3115 fax
www.mintz.com

February 14, 2011

Michael A. London
Virginia E. Anello
Matthew S. Schoen
Douglas & London, P.C.
111 John Street, Suite 1400
New York, NY 10038

James R. Dugan, II
Douglas R. Plymale
Stephen B. Murray, Jr.
Stephen B. Murray, Sr.
Murray Law Firm
540 Poydras Street, Suite 2150
New Orleans, LA 70130

Gregory Hach
Michael A. Rose
Hach & Rose, LLP
185 Madison Avenue, 8th Floor
New York, NY 10015

Eric L. Young
Gerald Egan
Egan Young
Township Line Road, Suite 100
Blue Bell, PA 19422

Samuel Issacaroff
40 Washington Square South
New York, NY 10012

Re: *International Brotherhood of Teamsters Local 456 Health and Welfare Trust Fund v. Quest Diagnostics Incorporated and Nichols Institute Diagnostics*
**USDC Eastern District of New York, No. 10-cv-01692-RJD-RLM**

Dear Counsel:

This firm represents Defendants Quest Diagnostics Incorporated and Nichols Institute Diagnostics in the above-captioned matter. In accordance with Chief Judge Dearie's Individual Motion Practices, enclosed please find the following:

1. Defendants' Motion to Dismiss and Motion to Strike;

2. Memorandum of Law in Support of Defendants' Motion to Dismiss and Motion to Strike; and

3. Affidavit of Seth R. Goldman.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

February 14, 2011
Page 2

Please contact me with any questions.

Very truly yours,

/s/ Seth R. Goldman

SRG/KSS/epp
Enclosures

5317338v.1