# *DOUGLAS & LONDON, P.C.*

Attorneys At Law
111 John Street
Suite 1400
New York, NY 10038
(212) 566-7500
FAX: (212) 566-7501
www.DouglasAndLondon.com

**APPLICATION GRANTED.**

**SO ORDERED.**

DATED: BROOKLYN, NEW YORK
_April 18, 2011_

s/ Judge Raymond J. Dearie

**RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE**

Gary J. Douglas
Michael A. London*
Stephanie O'Connor*

Virginia E. Anello^
Nicholas E. Warywoda
Randolph D. Janis
Rebecca G. Newman*
Kristin D. Padden°
Michael F. Bastone
Robin J. Willner*
Lara J. Say*†
Michael D. Sharp¹
* Also admitted in NJ
^ Also admitted in LA
° Admitted in NJ only
† Also admitted in NC
¹ Of Counsel

April 13, 2011

**VIA ECF**
Hon. Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **International Brotherhood of Teamsters Local 456 Health and Welfare Trust Fund, et al v. Quest Diagnostics Incorporated and Nichols Institute Diagnostics**; Civil Action No. 10-CV-1692

Dear Chief Judge Dearie:

We write on behalf of all Plaintiffs in the above-referenced action and to request a short extension of time for the filing of our opposition to Defendants' motion to dismiss. Defense counsel consents to this request.

The due date of our opposition brief is currently April 18, 2011 and the due date of Defendants' reply brief is currently May 16, 2011. The parties jointly propose the following amended schedule:

- Plaintiffs' opposition brief to be filed by June 29, 2011.

- Defendant's reply brief to be filed by July 29, 2011.

This is Plaintiffs' first request for an extension of time.