AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| International Brotherhold of Teamsters Local 456 )<br>*Plaintiff* )<br>v. )<br>Quest Diagnostics Incorporated, et al., )<br>*Defendant* ) | Case No.  10-cv-01692-RJD-RLM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, International Brotherhood of Teamsters Local 456 Health and Welfare Fund.

Date: 07/05/2011

*Attorney's signature*

Frank R. Schirripa (FS-1960)
*Printed name and bar number*

Hach Rose Schumacher Schirripa & Cheverie, LLP
185 Madison Avenue, 14th Floor
New York, New York 10016
*Address*

fschirripa@hrssclaw.com
*E-mail address*

(212) 213-8311
*Telephone number*

(212) 779-0028
*FAX number*