## *DOUGLAS & LONDON, P.C.*
Attorneys At Law
111 John Street
Suite 1400
New York, NY 10038
(212) 566-7500
FAX: (212) 566-7501
www.DouglasAndLondon.com

Gary J. Douglas
Michael A. London*
Stephanie O'Connor*

Virginia E. Anello^
Nicholas E. Warywoda
Randolph D. Janis
Rebecca G. Newman*
Kristin D. Padden
Michael F Bastone
Robin J. Willner*
Lara J. Say*†
Michael D. Sharp<sup>F</sup>

\* Also admitted in NJ
^ Also admitted in LA
' Admitted in NJ only
† Also admitted in NC
<sup>F</sup> Of Counsel

July 6, 2011

**VIA EMAIL AND REGULAR MAIL**
Seth R. Goldman, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
666 Third Avenue
New York, NY 10017

      Re: **International Brotherhood of Teamsters Local 456 Health and Welfare Trust Fund, et al v. Quest Diagnostics Incorporated and Nichols Institute Diagnostics**; Civil Action No. 10-CV-1692

Dear Mr. Goldman:

      Our office represents the Plaintiffs in the above-referenced matter. Enclosed please find two copies of the following documents:

- Plaintiffs' Opposition to Defendants' Motion to Dismiss and Motion to Strike; and

- Declaration of Virginia E. Anello with annexed exhibits.

      As I am sure you know, pursuant to Judge Dearie's Individual Motion Practices, you are responsible for providing Chambers with a full set of courtesy copies of all motion papers on the day the motion is fully briefed.

July 6, 2011
Page 2

Thank you and should you have any questions, please contact me.

Very truly yours,

**DOUGLAS & LONDON, P.C.**

Virginia Anello

Enclosures

cc: Hon. Raymond J. Dearie (via ECF w/o encl.)
    Ellen Mulqueen, Case Manager to the Hon. Raymond J. Dearie (via U.S. mail w/o encl.)
    Michael Gardener, Esq. (via U.S. mail w/cd encl. only)