# Exhibit 2

# Bulletin

## Customer Bulletin No. CB-05-20

Date: June 16, 2005

Attention: Laboratory Director

Subject: <u>**IMPORTANT PRODUCT INFORMATION**</u> - Product Inventory Hold

This is to advise you of a new quality initiative at Nichols Institute Diagnostics (NID) and an accompanying hold on all products at NID.

As you may know, we have issued customer notifications and product withdrawals for several products in the recent past. In addition, a number of products have been on hold recently due to an issue discovered during an FDA audit.

To assure top quality products, we have decided voluntarily to subject all of NID's assay product lines to an additional quality and regulatory compliance review prior to shipment of products in inventory.

In the short term, this will mean delays in obtaining products, because they will not be available until they go through this additional quality review process.

It will be necessary to carefully consider whether to wait for the release of our products or to seek alternative solutions for your testing needs. We cannot speculate at this time how long the review process may take or when any particular product will become available. We sincerely regret any inconvenience this may cause you and your patients. Our commitment to you is that we will work diligently to complete this quality review. In the long term, we believe the additional quality and regulatory review will help assure that our customers trust NID and the quality of our products.

Please call your local NID Account Manager or NID Customer Service at (800) 286-4NID (4643), ext. 5229, if you have any questions about this product information. For outside the U.S please contact the appropriate field office or authorized distributor.

Thank you for your understanding and support.


Nichols Institute Diagnostics

---

| Nichols Institute Diagnostics<br>Corporate Headquarters | Nichols Institute Diagnostika GmbH | Nichols Institute Diagnostics S.A.R.L. |
|---|---|---|
| 1311 Calle Batido<br>San Clemente, California 92673<br>949.940.7200<br>800.286.4NID<br>www.nicholsdiag.com | Theodor-Heuss-Str. 52<br>61118 Bad Vilbel, Germany<br>Tel. +49 (0) 6101.8022.0<br>Fax +49 (0) 6101.8022.21 | 50 rue de Paradis<br>75010 Paris, France<br>Tel. +33 (0) 1 53.24.99.44<br>Fax +33 (0) 1 53.24.99.45 |

© 2005 Nichols Institute Diagnostics. All rights reserved.

# LEFT BLANK

Morningstar® Document Research℠

# FORM 10-K

**QUEST DIAGNOSTICS INC - DGX**

**Filed: February 28, 2006 (period: December 31, 2005)**

Annual report which provides a comprehensive overview of the company for the past year

Case 1:10-cv-01692-RJD-RLM   Document 31-2   Filed 08/12/11   Page 5 of 6 PageID #: 480

SELECTED HISTORICAL FINANCIAL DATA OF OUR COMPANY

The following table summarizes selected historical financial data of our Company and our subsidiaries at the dates and for each of the periods presented. We derived the selected historical financial data for the years 2001 through 2005 from the audited consolidated financial statements of our Company. In April 2002, t                                                                                  . 145, "Rescission of FASB Statements No. 4, 44 and 64, Amendment of FASB Statement No. 13, and Technical Corrections", or SFAS 145. Pursuant to SFAS 145, extraordinary losses associated with the extinguishment of debt in 2001, previously presented net of applicable taxes, were reclassified to other non-operating expenses. In September 2004, the Emerging Issues Task Force reached a final consensus on Issue 04-8, "The Effect of Contingently Convertible Instruments on Diluted Earnings per Share", or Issue 04-8, effective December 31, 2004. Pursuant to Issue 04-8, we included the dilutive effect of our 1¾% contingent convertible debentures issued November 26, 2001 in our dilu                           lculations using the if-converted method, regardless of whether or not the holders of these securities were permitted to exercise their conversion rights, and retroactively restated previously reported diluted earnings per common share. The selected historical financial data is only a summary and should be read together with the audited consolidated financial statements and related notes of our Company and management's discussion and analysis of financial condition and results of operations included elsewhere in this Annual Report on Form 10-K.

|  | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
|  | 2005 (a) | 2004 | 2003 (b) | 2002 (c) | 2001 |
|  | (in thousands, except per share data) | | | | |
| Operations Data: | | | | | |
| Net revenues | $ 5,503,711 | $ 5,126,601 | $ 4,737,958 | $ 4,108,051 | $ 3,627,771 |
| Amortization of goodwill (d) | — | — | — | — | 38,392 |
| Operating income | 968,111 (e) | 891,217 (f) | 796,454 | 592,142 | 411,550 |
| Loss on debt extinguishment | — | — | — | — | 42,012 (g) |
| Net income | 546,277 (e),(h) | 499,195 (f),(i) | 436,717 | 322,154 | 162,303 (g) |
| Basic earnings per common share (j) | $ 2.71 | $ 2.45 | $ 2.11 | $ 1.67 | $ 0.87 |
| Diluted earnings per common share (j)(k) | $ 2.66 | $ 2.35 | $ 2.02 | $ 1.59 | $ 0.83 |
| Dividends per common share (j) | $ 0.36 | $ 0.30 | $ 0.075 | $ — | $ — |
| Balance Sheet Data (a            ): | | | | | |
| Cash and cash equivalents | $ 92,130 | $ 73,302 | $ 154,958 | $ 96,777 | $ 122,332 |
| Accounts receivable, net | 732,907 | 649,281 | 609,187 | 522,131 | 508,340 |
| Goodwill, net | 3,197,227 | 2,506,950 | 2,518,875 | 1,788,850 | 1,351,123 |
| Total assets | 5,306,115 | 4,203,788 | 4,301,418 | 3,324,197 | 2,930,555 |
| Long-term debt | 1,255,386 | 724,021 | 1,028,707 | 796,507 | 820,337 |
| Total debt | 1,592,225 | 1,098,822 | 1,102,657 | 822,539 | 821,741 |
| Total stockholders' equity | 2,762,984 | 2,288,651 | 2,394,694 | 1,768,863 | 1,335,987 |
| Other Data: | | | | | |
| Net cash provided by operating activities | $ 851,583 | $ 798,780 | $ 662,799 | $ 596,371 | $ 465,803 |
| Net cash used in investing activities | (1,079,793) | (173,700) | (417,050) | (477,212) | (296,616) |
| Net cash provided by (used in) financing activities | 247,038 | (706,736) | (187,568) | (144,714) | (218,332) |
| Provision for doubtful accounts | 233,628 | 226,310 | 228,222 | 217,360 | 218,271 |
| Rent expense | 139,660 | 132,883 | 120,748 | 96,547 | 82,769 |
| Capital expenditures | 224,270 | 176,125 | 174,641 | 155,196 | 148,986 |
| Depreciation and amortization | 176,124 | 168,726 | 153,903 | 131,391 | 147,727 |

43

Source: QUEST DIAGNOSTICS INC, 10-K, February 28, 2006                                                                                    Powered by Morningstar® Document Research℠

Case 1:10-cv-01692-RJD-RLM   Document 31-2   Filed 08/12/11   Page 6 of 6 PageID #: 481

(a) On November 1, 2005, we completed the acquisition of Lab*One*, Inc., or LabOne. Consolidated operating results for 2005 include the results of operations of LabOne subsequent to the closing of the acquisition. See Note 3 to the Consolidated Financial Statements.

(b) On February 28, 2003, we completed the acquisition of Unila          la          lidated operating results for 2003 include the results of operations of Unilab subsequent to the closing of the acquisition. See Note 3 to the Consolidated Financial Statements.

(c) On April 1, 2002, we completed the acquisition of American Medical Laboratories, Incorporated, or AML. Consolidated operating results for 2002 include the results of operations of AML subsequent to the closing of the acquisition.

(d) In July 2001, the FASB issued SFAS No. 142, "Goodwill and Other Intangible Assets", or SFAS 142, which we adopted on January 1, 2002. The following table presents net income and basic and diluted earnings per common share data adjusted to exclude the amortization of goodwill, assuming that SFAS 142 had been in effect for the year ended December 31, 2001 (in thousands, except per share data):

|  | 2001 |
|---|---|
| Net income | $ 162,303 |
| Add back: Amortization of goodwill, net of taxes | 35,964 |
| Adjusted net income | $ 198,267 |
| Basic earnings per common share | $ 0.87 |
| Amortization of goodwill, net of taxes | 0.20 |
| Adjusted basic earnings per common share | $ 1.07 |
| Diluted earnings per common share | $ 0.83 |
| Amortization of goodwill, net of taxes | 0.18 |
| Adjusted diluted earnings per common share | $ 1.01 |

(e) During the third quarter of 2005, we recorded a $6.2 million charge primarily related to forgiveness of amounts owed by patients and physicians, and related property damage as a result of hurricanes in the Gulf Coast. During the fourth quarter of 2005, we recorded a $16 million charge to write-off certain assets in connection with a product hold at NID.

(f) During the second quarter of 2004, we recorded a $10.3 million charge associated with the acceleration of certain pension obligations in connection with the succession of our prior CEO.

(g) In conjunction with our debt refinancing in 2001, we recorded a loss on debt extinguishment of $42 million. The loss represented the write-off of deferred financing costs of $23 million, associated with the debt which was refinanced, and $13 million of payments related primarily to the tender premium incurred in connection with our cash tender offer of our 10¾% senior subordinated notes due 2006. The remaining $6 million of losses represented amounts incurred in conjunction with the cancellation of certain interest rate swap agreements which were terminated in connection with the debt that was refinanced.

(h) During the third quarter of 2005, we recorded a $7.1 million charge associated with the write-down of an investment.

(i) During the second quarter of 2004, we recorded a $2.9 million charge to interest expense, net representing the write-off of deferred financing costs associated with the refinancing of our bank debt and credit facility.

(j) Previously reported basic and diluted earnings per share have been restated to give retroactive effect of our two-for-one stock split effected on June 20, 2005. See Note 2 to the Consolidated Financial Statements.

(k) Potentially dilutive common shares primarily include the dilutive effect of our 1¾% contingent convertible debentures issued November 26, 2001, which were redeemed principally t
                                                       -T                                                              -Term Incentive Plan.

Source: QUEST DIAGNOSTICS INC, 10-K, February 28, 2006                                    Powered by Morningstar® Document Research℠