# Exhibit 5

Westlaw.                                                                                          NewsRoom

10/28/04 REUTERS 13:21:30                                                                              Page 1

10/28/04 Reuters News 13:21:30

Reuters News
Copyright 2004 Reuters

**October 28, 2004**

Quest Diagnostics gets subpoenas over test

CHICAGO, Oct 28 (Reuters) - QuestDiagnostics Inc.<DGX.N> said on Thursday it received subpoenas as part of a widespread justice department **investigation** into use of tests and drugs for patients with kidney disease.

Quest said it received subpoenes regarding a test kit for parathyroid hormone made by its Nichols Institute Diagnostics unit. The subpoenas were issued by the U.S. attorney in New York. Quest said it will cooperate with the **investigation**.

Quest is the latest in a series of companies to recieve subpoenas in the probe. To date, Fresenius Medical Care <FMEG.DE> of Germany and U.S. companies DaVita Inc.<DVA.N> and Renal Care Group Inc.<RCI.N> have received subpoenas in the probe, which may involve both civil and criminal charges.

((Reporting by Julie Steenhuysen, editing by Martin Golan; Reuters Messaging: julie.steenhuysen.reuters.com@reuters.net; julie.steenhuysen@reuters.com; 312-408-8131))

(C) Reuters 2004. All rights reserved. Republication or redistribution of Reuters content, including by caching, framing or similar means, is expressly prohibited without the prior written consent of Reuters. Reuters and the Reuters sphere logo are registered trademarks and trademarks of the Reuters group of companies around the world.

---- INDEX REFERENCES ---

COMPANY: FRESENIUS MEDICAL CARE; DAVITA INC; FRESENIUS MEDICAL CARE AG AND CO KGAA; QUEST DIAGNOSTICS INC; NICHOLS INSTITUTE DIAGNOSTICS

INDUSTRY: (Clinical Laboratory (1CL83); Healthcare Services (1HE13); Healthcare (1HE06); Pharmaceuticals & Biotechnology (1PH13); Clinical Diagnostics (1DI45))

REGION: (North America (1NO39); Americas (1AM92); USA (1US73))

Language: EN

OTHER INDEXING: (AND RENAL CARE GROUP INC; DAVITA INC; FRESENIUS MEDICAL CARE; NICHOLS INSTITUTE DIAGNOSTICS; QUEST DIAGNOSTICS; QUEST DIAGNOSTICS INC) (Julie Steenhuysen; Martin Golan; Quest; Republication)

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Word Count: 250
10/28/04 REUTERS 13:21:30
END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

# LEFT BLANK

Westlaw.                                                                NewsRoom

10/29/04 STLGRN 46                                                      Page 1

10/29/04 Star-Ledger (Newark N.J.) 46
2004 WLNR 20258254

Star-Ledger, The (Newark, NJ)
Copyright 2004 The Star-Ledger. All Rights Reserved. Used by NewsBank with Permission.

October 29, 2004

Section: BUSINESS

GARDEN STATE BRIEFS

IDT chairman's political

Corporate executives donate lots of money to political candidates, but few make public endorsements when the outcome of an election is in doubt. It can alienate customers, and make matters difficult if a company's leaders back the losing side. That hasn't stopped IDT Chairman Howard Jonas from supporting President Bush in ads that appear today in The Star-Ledger and other newspapers.

Jonas, who helped raise millions for Bush this year in his role as finance co-chair of the Republican National Convention's host committee, said the administration shares credit for the success of IDT, a Newark-based telecommunications company that has grown dramatically in recent years.

"It wouldn't have happened if there were another four years of Clinton," he said.

Jonas is picking up the tab for the ads, not IDT. He said he is targeting New Jersey because Bush still has a shot at carrying the state, even though he is trailing in the polls here.

"I still don't believe he'll win in the state," Jonas said, "but you never know." - Jeff May

Lawyers switch firms

A prominent criminal defense lawyer is leaving the Middlesex County firm where he is a name partner to join Lowenstein Sandler in Roseland, officials said yesterday.

Starting Monday, Michael Himmel and two other partners from Greenbaum, Rowe, Smith, Ravin, Davis & Himmel in Woodbridge will be partners at the state's second-largest firm. The other lawyers are Robert Kipnees and Christopher Porrino. Himmel will serve as chair of the white-collar criminal defense practice group.

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

10/29/04 STLGRN 46

Page 2

Lowenstein's managing partner, Michael Rodburg, said the additions would bring more name recognition to its white collar practice.

A former federal prosecutor, Himmel has served as president of the Association of the Federal Bar for the State of New Jersey.

Himmel said he was compelled to move because he could not pass up the opportunity to work at a firm with a Manhattan office. - Kate Coscarelli

Horizon opens office

Horizon Blue Cross Blue Shield of New Jersey opened an office building in Wall Township that will initially house 800 employees and may eventually grow to 1,000.

The facility will house a call center, mail processing operations and customer service employees. It also will serve as a backup center in case of disruption at the company's headquarters in Newark.

About 10 jobs from Newark will be moved to the facility, a spokesman said.

Horizon is the state's largest health insurer, providing coverage to more than 2.9 million people. - Tom Johnson

Economic outlook

The Federal Reserve Bank of Philadelphia expects New Jersey's economy to grow about 3 percent over the next three quarters, about the same rate it has been expanding since the beginning of 2004.

The regional bank said, based on economic data collected in September, its growth estimate for the next nine months was down slightly from last month's 3.4 percent forecast.

"That's not a significant change," and is within typical statistical variation, said economist Ted Crone, a vice president of the bank. - Associated Press

Quest subpoenas

**Quest Diagnostics**, a leading marketer of diagnostic tests and services, said it had received subpoenas as part of a U.S. Justice Department **investigation** into the use of tests and drugs for patients with kidney disease.

The Teterboro-based company also said its **Nichols** Institute **Diagnostics** unit received a subpoena from the U.S.

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

Case 1:10-cv-01692-RJD-RLM   Document 31-5   Filed 08/12/11   Page 7 of 8 PageID #: 508

Attorney in New York. The subpoenas seek business records, including those related to tests for parathyroid hormone levels.

Quest, which said it will cooperate with the investigation, said the tests made by Nichols are sold principally to hospitals, clinical laboratories and dialysis centers. Sales generated by these kits and related testing are estimated at less than 1 percent of its consolidated revenue. - Ed Silverman

Pfizer OKs buyback

Pfizer, the world's largest drug maker, said its board of directors authorized the buyback of up to $5 billion of the company's common shares.

Pfizer, which has extensive operations in New Jersey, said it expects to buy back the shares by the end of 2005. The company said it recently completed a $5 billion buyback the board authorized last December. The company's market capitalization exceeds $210 billion, based on the 7.55 billion shares outstanding as of Aug. 4. - Reuters

And finally . . .

Valley National Bank has opened a new branch on West Union Avenue in Bound Brook. . . . Defense contractor DRS Technologies , based in Parsippany, said it received $39.5 million in orders to provide rugged appliqu? computer systems for the Army's Force 21 battle command, brigade and below program. - Staff and wire reports

Copyright ? 2004 The Star-Ledger. All Rights Reserved. Used by NewsBank with Permission.

---- INDEX REFERENCES ---

COMPANY: FEDERAL RESERVE SYSTEM; PFIZER INC; VALLEY NATIONAL CORP; QUEST DIAGNOSTICS INC

NEWS SUBJECT: (Major Corporations (1MA93))

INDUSTRY: (I.T. (1IT96); Pharmaceuticals & Biotechnology (1PH13); PC Products (1PC74); Healthcare Services (1HE13); Manufacturing (1MA74); Ruggedized & Industrial PCs (1RU69); Healthcare (1HE06); Computer Equipment Products (1CO64); Computer Equipment (1CO77); Clinical Diagnostics (1DI45); Clinical Laboratory (1CL83); I.T. in Pharmaceuticals (1IT99))

REGION: (Americas (1AM92); New Jersey (1NE70); North America (1NO39); USA (1US73); New York (1NE72))

Language: EN

OTHER INDEXING: (ARMY; ASSOCIATION OF; DAVIS HIMMEL; FEDERAL RESERVE BANK; HORI-

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

ZON BLUE CROSS; IDT; PFIZER; QUEST DIAGNOSTICS; REPUBLICAN NATIONAL CONVENTION; TETERBORO; US JUSTICE DEPARTMENT; VALLEY NATIONAL BANK) (Christopher Porrino; Clinton; Ed Silverman; GARDEN STATE; Himmel; Horizon; Howard Jonas; Jeff; Jonas; Kate Coscarelli; Lowenstein; Lowenstein Sandler; Michael Himmel; Michael Rodburg; Quest; Robert Kipnees; Starting Monday; Ted Crone; Tom Johnson)

EDITION: FINAL

Word Count: 950
10/29/04 STLGRN 46
END OF DOCUMENT