UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS LOCAL 456 HEALTH and
WELFARE TRUST FUND, et al.,

                    Plaintiffs,                                ORDER

    -against-

                                                         10-CV-1692 (RJD)

QUEST DIAGNOSTICS INC. and NICHOLS
INSTITUTE DIAGNOSTICS, et al.,

                    Defendants.
-------------------------------------------------------------x

       The Court has reviewed the application of Kevin Oufnac to be admitted *pro hac vice*. See docket entry #39. Local Civil Rule 1.3(c) requires that such motions be accompanied by certifications of bar membership in good standing that have "been issued within thirty (30) days of filing . . . ." Mr. Oufnac's application attaches two certifications: one issued almost three months ago (i.e., on August 4, 2011) and one issued more than a year ago (i.e., on September 14, 2010). Therefore, the application is denied without prejudice.

       SO ORDERED.

Dated:    Brooklyn, New York
              November 1, 2011

                                                            ROANNE L. MANN
                                                            UNITED STATES MAGISTRATE JUDGE