| | |
|---|---|
| **ROANNE L. MANN** | **DATE:** 11/02/11 |
| **UNITED STATES MAGISTRATE JUDGE** | **START:** 10:00 a.m. |
| | **END:** 1:00 pm |

**DOCKET NO:** 10-CV-1692 (RJD)

**CASE:** Int'l Brotherhood of Teamster Local 456 Heath and Welfare Trust Fund, et al. v. Quest Diagnostic Inc., et al.

___ INITIAL CONFERENCE  ✓ OTHER/ORDER TO SHOW CAUSE
___ DISCOVERY CONFERENCE  ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE  ___ TELEPHONE CONFERENCE

**FOR PLAINTIFF:**

See attached

**FOR DEFENDANT:**

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT _____ CONFERENCE SCHEDULED FOR _____

_____ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

_____ PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court hears argument on defendants' motion to dismiss and takes the motion under advisement. The parties shall promptly jointly produce to the Court a copy of the "Abstract" referenced in paragraph 46 of the Amended Complaint. The parties are encouraged to discuss settlement and to submit a status report by November 16, 2011.

ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE                COURTROOM 13C-S

DATE: 11/2/11 (oral arg)

DOCKET NO. 10-cv-1692

CASE: International Brotherhood of Teamsters Local 456 v. Quest Dyostic

### APPEARANCES

**PLAINTIFF:**

| | |
|---|---|
| Plaintiffs | Kevin Oufnac |
| Plaintiff | Virginia Anello |
| Plaintiff - Teamsters 456 | Frank Schirripa |

**DEFENDANT:**

| | |
|---|---|
| Quest Diagnostics | Michael Gardener |
| NID | Matt Levitt |
| | Seth Goldman |